## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CW 05-43
## consolidated with CW 04-1674


**PAT SWIDO AND TOMMIE SWIDO**

**VERSUS**

**LAFAYETTE INSURANCE COMPANY, ET AL.**


************

SUPERVISORY WRITS FROM THE
TWELFTH JUDICIAL DISTRICT COURT,
PARISH OF AVOYELLES, NO. 2000-783,
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

************

## MICHAEL G. SULLIVAN
## JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.


**WRITS GRANTED AND MADE PEREMPTORY.**

**Russell L. Potter**
**Andrew Parker Texada**
**Stafford, Stewart & Potter**
**Post Office Box 1711**
**Alexandria, Louisiana 71309**
**(318) 487-4910**
**Counsel for Defendants/Applicants:**
 **Lafayette Insurance Company**
 **Erica Gaillard**
 **Mark Gaillard**

**Raymond L. Brown, Jr.**
**Steven M. Oxenhandler**
**Gold, Weems, Bruser, Sues & Rundell**
**Post Office Box 6118**
**Alexandria, Louisiana  71307-6118**
**(318) 445-6471**
**Counsel for Defendant/Respondent:**
    **Miki Gaillard**

**Edgar John Litchfield**
**Attorney at Law**
**400 Poydras Street, Suite 2000**
**New Orleans, Louisiana  70130**
**(504) 568-0541**
**Counsel for Intervenor/Respondent:**
    **Charity Hospital & Medical Center of Louisiana**

**Robert Hairford**
**Attorney at Law**
**219 Europe Street**
**Baton Rouge, Louisiana  70802**
**(225) 267-6786**
**Counsel for Respondent:**
    **Estate of Herman Hairford**

**Christopher J. Roy, Sr.**
**Timothy D. Shumate**
**Roy Law Office**
**Post Office Box 1911**
**Alexandria, Louisiana  71309-1911**
**(381) 487-9537**
**Counsel for Plaintiffs/Respondents:**
    **Pat Swido**
    **Tommie Swido**

SULLIVAN, Judge.

For the reasons assigned in *Pat Swido, et al. v. Lafayette Insurance Co., et al.*, 04-1674 (La.App. 3 Cir. __/__/05), ___ So.2d ___, Defendants' writ applications are granted; the trial court's denial of summary judgment is reversed; summary judgment is granted in favor of Miki Gaillard, Mark and Erica Gaillard, and Lafayette Insurance Company, and the Swidos' claims against these defendants are dismissed with prejudice. All costs associated with these writ applications are assessed to the Swidos.

**WRITS GRANTED AND MADE PEREMPTORY.**